1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HEATHER M. MELTON (CABN 260870)
   Special Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: heather.melton@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,       )   No. 11-00901 WHA
                                   )
14        Plaintiff,               )
                                   )   STIPULATION AND [PROPOSED]
15    v.                           )   ORDER CONTINUING SECOND
                                   )   APPEARANCE AND WAIVING TIME
16 JARRETT PITTMAN-WRIGHT and      )
   DEVA HARRIS,                    )
17                                 )
          Defendants.              )
18 _____)

19        The parties request and stipulate that the date for the second appearance of defendants,

20 JARRETT PITTMAN-WRIGHT and DEVA HARRIS, be continued from Tuesday, March 27,

21 2012, at 2:30 p.m., to Tuesday, April 3, 2012, at 2:30 p.m. The parties stipulate to this

22 arrangement, pursuant to the request of Erick Guzman, counsel for defendant, JARRETT

23 PITTMAN-WRIGHT. Mr. Guzman has informed the parties that he is required to be out of the

24 Northern District of California on March 27, 2012, due to unexpected travel for a family matter.

25 The parties also request and stipulate that, pursuant to Title 18, United States Code, Section

26 3161(h)(7)(B)(iv), time be excluded from the Speedy Trial Act, from March 27, 2012 to April 3,

27 2012, for both effective preparation of counsels and continuity of counsel. The undersigned

28 defense counsels represent that they have spoken with their clients, JARRETT PITTMAN-

   STIP. AND PROP. ORDER RE: CONTINUANCE
   11-00901 WHA

1  WRIGHT and DEVA HARRIS, and that both defendants agree to the continuance and to time
2  being tolled and waived as requested.          .
3  **IT IS SO STIPULATED**.

4  DATED:      March 16, 2012              Respectfully submitted,

5                                          MELINDA HAAG
                                           United States Attorney
6

7
                                           By____/s/_____
8                                          HEATHER M. MELTON
                                           Special Assistant U.S. Attorney
9

10 DATED:      March 16, 2012              BARRY PORTMAN
                                           Federal Public Defender
11

12
                                           By___/s/_____
13                                         DANIEL BLANK
                                           Attorney for Defendant Harris
14
   DATED:      March 16, 2012
15

16                                         By___/s/_____
                                           ERICK GUZMAN, ESQ.
17                                         Attorney for Defendant Pittman-Wright

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIP. AND ~~PROP~~. ORDER RE: CONTINUANCE
11-00901 WHA                              2

1  FOR GOOD CAUSE SHOWN:

2      The Court finds that the ends of justice are served by ordering that a continuance of the status
3  hearing for defendants JARRETT PITTMAN-WRIGHT and DEVA HARRIS outweighs the best
4  interests of the public and the defendants in a speedy trial and the prompt disposition of criminal
5  cases.

6      Therefore, the Court concludes that the exclusion of time from March 27, 2012 to April 3,
7  2012 should be made under Title 18, United States Code, Section 3161(h)(7)(B)(iv).

8      The Court orders that the hearing for a change of plea or to set a trial and motions schedule
9  be scheduled for April 3, 2012.

11  **IT IS SO ORDERED**

13  DATED:  March 21, 2012.

                                   William Alsup
                                   UNITED STATES DISTRICT JUDGE

STIP. AND ~~PROP~~. ORDER RE: CONTINUANCE
11-00901 WHA                                  3