United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARETT PITTMAN-WRIGHT and<br>DEVA HARRIS<br><br>Defendants.<br>_____/ | No. CR 11-00901 WHA<br><br>**ORDER DEEMING MOTION FOR RECONSIDERATION WITHDRAWN AND VACATING HEARING DATE** |

Counsel for defendant Jarett Pittman-Wright filed a motion to withdraw defendant's motion for reconsideration. This order hereby deems the motion withdrawn. If the government wishes to bring its own motion for reconsideration, it will have to do so in a timely manner by filing a fresh motion to reconsider (assuming it can be timely done). It is the responsibility of government counsel to keep track of the speedy trial date and to request a trial date if there is a problem. The hearing date set for July 24, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: July 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE