1 | MELINDA HAAG (CABN 132612)
United States Attorney

2
MIRANDA KANE (CABN 150630)
3 | Chief, Criminal Division

4 | HEATHER M. MELTON (CABN 260870)
Special Assistant United States Attorney
5

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
7 | Telephone: (415) 436-7200
Fax: (415) 436-7234
8 | E-Mail: heather.melton@usdoj.gov

9 | Attorneys for United States of America

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

UNITED STATES OF AMERICA,            )   No. CR 11-901 WHA
15                                    )
     Plaintiff,                       )   STIPULATION TO WAIVE TIME FROM
16                                    )   JULY 25, 2012 TO AUGUST 24, 2012
     v.                               )   AND [PROPOSED] ORDER
17                                    )
JARRETT PITTMAN-WRIGHT                )
18                                    )
     Defendant.                       )
19                                    )

20   The defendants, JARRETT PITTMAN-WRIGHT, represented by attorney ERICK L.

21 GUZMAN, and DEVA HARRIS, represented by DANIEL BLANK, Assistant Federal Public

22 Defender, and the government, represented by HEATHER M. MELTON, Special Assistant

23 United States Attorney, stipulate that time from July 25, 2012 through August 24, 2012 should

24 be excluded from the Speedy Trial Clock.

25   This matter is on calendar before the Court this afternoon at 2:00 p.m. The Court has

26 ordered the parties to advise whether they have been able to reach a stipulation as to an exclusion

27 of time; the parties now advise that they have reached such an agreement.

28

STIPULATION AND [PROPOSED] ORDER TO WAIVE TIME
CR 11-00901 WHA

1     The parties agree that the time between July 25, 2012 and August 24, 2012 is properly
2 excluded for continuity of counsel and effective preparation of counsel, pursuant to Title 18
3 United States Code, Section 3161(h)(7)(B)(iv).  The parties are engaged in the review of
4 discovery and counsels for both the government and both defendants have scheduling conflicts,
5 at different times, between July 25, 2012 and August 24, 2012.

7 DATED:    July 25, 2012        Respectfully submitted,
8                                               MELINDA HAAG
                                              United States Attorney

11                                               By____/s/_____
                                              HEATHER M. MELTON
                                              Special Assistant U.S. Attorney

12 DATED:    July 25, 2012

14                                               By___/s/_____
                                              ERICK GUZMAN, ESQ.
15                                               Attorney for Defendant Pittman-Wright

17 DATED:    July 25, 2012        BY___/s/_____
                                              DANIEL BLANK
18                                               Assistant Federal Public Defender

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //

STIPULATION AND [~~PROPOSED~~] ORDER TO WAIVE TIME
CR 11-00901 WHA

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 25, 2012 and August 24, 2012 would unreasonably deny defense counsels the reasonable time necessary for effective preparation and would unreasonably deny all parties of continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 25, 2012 and August 24, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between July 25, 2012 and August 24, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED:   July 25, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO WAIVE TIME
CR 11-00901 WHA